UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00258 |
| ) | JUDGE CAMPBELL |
| HIPOLITO BRITO ) | |

ORDER

The sentencing hearing is CONTINUED until May 16, 2014, at 3:00 p.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE